JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

SEVERO GONZALEZ REYES,

Petitioner,

v.

JAIME RIOS et al.,

Respondents.

Case No. 5:26-cv-03830-JGB-DFM

JUDGMENT

Considering the Joint Proposed Grant of Petition and Entry of Judgment (Dkt. 15),

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED.

Date: August 26, 2026

JESUS G. BERNAL
United States District Judge